**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
IVAN AYALA,                   :
                              :
            Plaintiff,        :
                              :
       - v. -                 :
                              :  STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :  07 Civ. 11576 (VM)
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08
```

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 17, 2008 to and including May 16, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       February 2 , 2008

                                        By: _____
                                            IVAN AYALA
                                            Plaintiff pro se
                                            927 Avenue Saint John
                                            Bronx, New York  10455
                                            Telephone No.: (646) 510-8186

                                            MICHAEL J. GARCIA
                                            United States Attorney
                                            Southern District of New York
                                            Attorney for Defendant

                                        By: _____
                                            JOHN E. GURA, JR.
                                            Assistant United States Attorney
                                            86 Chambers Street - 3rd Floor
                                            New York, New York  10007
                                            Telephone No.: (212) 637-2712
                                            John.Gura@usdoj.gov

SO ORDERED: 27 February 2008

_____
UNITED STATES DISTRICT JUDGE
Victor Marrero